**R.K., L.K., Parents of, A.K., A Minor, Petitioners-Appellants**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent-Appellee**

2016-1609

United States Court of Appeals, Federal Circuit.

December 9, 2016

GILBERT GAYNOR, Law Office of Gilbert Gaynor, New York, NY, argued for petitioners-appellants. Also represented by JOHN FRANCIS MCHUGH, Law Office of John McHugh, New York, NY.

HEATHER LYNN PEARLMAN, Vaccine/Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, RUPA BHATTACHARYYA, CATHARINE E. REEVES, VORIS E. JOHNSON, JR.

(Prost, Chief Judge, Schall and Stoll, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**